**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

MAR 1 8 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

| | | |
|---|---|---|
| In Re: | The State of South Carolina<br>Petitioner, | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM**<br>2:03-mc-2086 |
| | vs. | Criminal No. 2:01-845<br>Inmate No.   98547-071 |
| | Anthony Mann a/k/a Anthony Lee Mann<br>Defendant | |

TO:   UNITED STATES MARSHAL CURRENTLY HOUSING FEDERAL INMATE
DUSTIN RYAN JAMES IN ESTILL FEDERAL CORRECTIONAL INSTITUTION

This matter appears before this Court by way of motion of the United States Attorney's Office after a request from the State of South Carolina, through a duly appointed representative of the Solicitor of the **Ninth Judicial Circuit**. The State moves this Court to order the temporary custody of **DUSTIN RYAN JAMES** from federal custody to the custody of the **Charleston County Sheriff's Office** or their duly appointed representatives for the purpose of disposition of State matters now pending against Anthony Mann a/k/a Anthony Lee Mann.

IT APPEARS THAT DUSTIN RYAN JAMES, D.O.B. April 27, 1981, SSN: 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 is required to appear at the Charleston County Judicial Center during the week of April 1, 2003.  MORE IMPORTANTLY, DUSTIN RYAN JAMES' ATTENDANCE WILL BE NECESSARY TO PREPARE HIS TESTIMONY ON March 27, 2003



IT APPEARS THAT DUSTIN RYAN JAMES is currently being detained by the United States Marshal Service in **Estill Federal Correctional Institution**, 100 Prison Road, Post Office Box 699, Estill, South Carolina 29918, awaiting disposition of federal criminal charges and that custody of **DUSTIN RYAN JAMES** is required by the State of South Carolina for disposition of State matters now pending against Anthony Mann a/k/a Anthony Lee Mann.

IT FUTHER APPEARS that the State of South Carolina requires **DUSTIN RYAN JAMES** to be released to the custody of the **Charleston County Sheriff's Office** or their duly appointed representatives to be available for a court appearance on April 1, 2003, and returned by same to federal custody at Estill Federal Correctional Institution on the above named date or upon disposition of the above pending matter. **DUSTIN RYAN JAMES** is to be provided safekeeping, custody, and care while in the custody of **Charleston County Sheriff's Office** at the State's expense.

**THEREFORE, IT IS ORDERED** that the United States Marshal Service release **DUSTIN RYAN JAMES** to the custody of the Charleston County Sheriff's Office or their duly appointed representatives, at the above-mentioned place, time, and date, for disposition of state matters and that **DUSTIN RYAN JAMES** be returned to federal custody at the State's expense, at the conclusion of the matter on the above-named date.

/

**IT IS FURTHER ORDERED** that this shall not affect or alter any date(s) or time(s) that **DUSTIN RYAN JAMES** is designated to appear before any District Court for the United States.

**AND IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

_____March 18_____, 2003

I SO MOVE:

J. Strom Thurmond, Jr.
UNITED STATES ATTORNEY

By: _____
       Sean Kittrell
       Assistant United States Attorney